**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:05CV367-1-T
(1:03CR77 & 1:04CR108)**


| | |
|---|---|
| **DEBORAH ANN TILSON,** )<br>)<br>**Petitioner,** )<br>)<br>**v.** )<br>)<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Respondent.** )<br>———————————————— ) | **J U D G M E N T** |


For the reasons set forth in the Memorandum and Order filed

herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Petitioner's motion to vacate, set aside, or correct judgment pursuant to

28 U.S.C. § 2255 is **DENIED**, and this matter is hereby **DISMISSED WITH**

**PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant

to 28 U.S.C. § 2255 may be filed absent permission from the United States

Fourth Circuit Court of Appeals.

Signed: May 16, 2007

Lacy H. Thornburg
United States District Judge