THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:04-cr-00108-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DEBORAH ANN TILSON. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 35].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 35] is **GRANTED**, and the supervised release petition filed in the above-captioned case is hereby **DISMISSED WITH PREJUDICE** due to the death of the Defendant.

**IT IS SO ORDERED.**

Signed: December 30, 2013

Martin Reidinger
United States District Judge